# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Wescott Agri-Products, Inc., | Civil No. 10-2344 (PAM/SRN) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR ENTRY OF DEFAULT** |
| Geckler Companies, Inc., Richard J. Geckler, individually, Vicci L. Geckler, individually, and Sterling State Bank, Inc. | |
| Defendants | |

**THIS CAUSE** is before the Court upon Plaintiff Wescott Agri-Products, Inc.'s Motion for the Entry of Default. Having considered the Motion, and the record, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default (Docket No. 14) is **GRANTED**. Default is hereby entered against Defendants Geckler Companies, Inc., Richard J. Geckler, and Vicci L. Geckler.

Dated: December 2, 2010

                                               s/Paul A. Magnuson
                                               Paul A. Magnuson
                                               United States District Court Judge